## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICHAEL E. KENNEDY** | * | |
| **Plaintiff** | * | |
| v. | * | **CIVIL CASE NO. JKB-12-2659** |
| **NCO GROUP, INC.,** *et al.* | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM

The Defendant has filed a Motion to Dismiss (ECF No. 15) and a supporting Memorandum (ECF No. 15-1). The Plaintiff did not timely respond to the Defendant's motion, despite being warned by the Court that it could grant the motion and thereafter enter judgment against him. (ECF No. 16).

The Court has carefully reviewed the Defendant's Memorandum in support of the Motion to Dismiss (ECF No. 15-1) and finds it persuasive. The Motion to Dismiss will be granted in an accompanying order, and the Clerk will be directed to enter judgment against the Plaintiff.

DATED this 15th day of January, 2013.

BY THE COURT:

/s/
James K. Bredar
United States District Judge