**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**MICHAEL E. KENNEDY**                              *

      **Plaintiff**                              *

  **v.**                              *       **CIVIL CASE NO.  JKB-12-2659**

**NCO GROUP, INC.,** *et al.*                              *

      **Defendants**                              *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**<u>ORDER</u>**

For the reasons stated in the foregoing Memorandum, the Motion to Dismiss (ECF No. 15) is GRANTED.  Judgment is entered in favor of the Defendant.  The Clerk is directed to close this case.

DATED this <u>15th</u> day of January, 2013.

BY THE COURT:

                   /s/
James K. Bredar
United States District Judge